■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DELFINO TAMARES, Appellant. [997 NYS2d 316]—

Order, Supreme Court, New York County (Michael R. Sonberg, J.), entered on or about December 6, 2012, which adjudicated defendant a level two sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Defendant's challenge to an assessment of 15 points under the risk factor for alcohol abuse is unpreserved, as well as being unsupported by a sufficient factual record, and we decline to review it in the interest of justice. In any event, even without these points, defendant remains a level two offender.

Regardless of whether defendant's correct point score is 95 or 80, we find no basis for a discretionary downward departure. The underlying sexual offenses were committed against young children. Defendant's good disciplinary record while incarcerated was adequately taken into account by the risk assessment instrument (*see People v Gillotti*, 23 NY3d 841, 861 [2014]), and his other arguments in support of a downward departure are unavailing. Concur—Sweeny, J.P., Andrias, Saxe, DeGrasse and Gische, JJ.